THE FOURTH NATIONAL BANK of the city of New York, Respondent, *v.* HENRY S. BERGER et al., Appellants.

(Argued October 15, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 2, 1888, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*W. W. MacFarland* for appellants.

*David Willcox* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.